LAW OFFICES OF
# Ross & Hill, PLLC.
ATTORNEYS AT LAW
16 COURT STREET
35TH FLOOR
BROOKLYN, NEW YORK 11241

JAMES F. ROSS
ARTHUR W. HILL
ADAM D. HILL
DANIEL MAZIAD

(718) 855-2324
FAX (718) 855-4617
rossandhill@aol.com

OF COUNSEL
HON. WILLIAM C. THOMPSON

April 27, 2016

**BY ECF**

Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11205

Re:  M.H. by M/N/G Mary Hamer, et al. v. City of New York, et al.
15-CV-3009(RRM)(VMS)

Your Honor,

We are in receipt of Assistant Corporation Counsel Kavin Thadani's letter to you dated April 26, 2016.  I did have a brief conversation with Mr. Thadani on April 25, 2016, wherein he never mentioned seeking a further stay in this proceeding. Discussion was concerned solely with Assistant Corporation Counsel's need for an updated release to obtain plaintiff's criminal records.  There was also discussion about picking an adjourned date for the scheduled court conference as Mr. Thadani believed he would be engaged on that date at a deposition. I consented to the adjournment.

I do not consent to continuation of the stay in this matter and would have told Mr. Thadani that, had he mentioned he was seeking its continuation in our conversation.  To my knowledge a CCRB complaint was made against the involved officers.  I believe that complaint is pending.  In addition, departmental charges have apparently been filed, but to our knowledge no discovery or trial has been scheduled.  In addition, the District Attorney is deciding whether to bring an indictment against Officer Bourne.  If the stay is to be continued until all proceedings are concluded, my client's case will be egregiously delayed.  In addition, Mr. Thadani has advanced no legal bases for a continued stay.  For the foregoing reasons we oppose the request .

Respectfully submitted,

*/s/*

James F. Ross

cc: **BY ECF**

    Kavin Thadani
    Senior Counsel
    Special Federal Litigation Division