AO 440 (Rev. 12/09) Summons in a Civil Action (for an Amended Complaint)

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

| | |
|---|---|
| MH, Infant by his mother and natural guardian MARY HAMER and MARY HAMER, Individually,<br><br>*Plaintiff*<br><br>THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, POLICE OFFICER SEKOU A. BOURNE, and POLICE OFFICER JON GLADSTONE,<br><br>*Defendant* | Civil Action No. 1:15-CV-3009 (RRM) |

## SUMMONS IN A CIVIL ACTION
*(for a Second Amended Complaint)*

To: *(Defendant's name and address)*

The City of New York and New York City Police Department- 100 Church Street, NY, NY 10007, Police Officer Sekou Bourne- New York Department Housing Burea Police Service Area 9, 155-09 Jewel Avenue, Queens, NY 11367 and Police Officer Jon Gladstone- New York Police Department, Narcotics Division, 1 Police Plaza, Room 1100, NY, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ross and Hill, PLLC
16 Court Street
35th Floor
Brooklyn, NY 11241

If you fail to respond, judgment by default will be entered against you for the relief demanded in the amended complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*