UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MH, Infant by his mother and Natural guardian MARY
HAMER and MARY HAMER, Individually,

          Plaintiffs,

-against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT, POLICE OFFICER SEKOU A. BOURNE,
and POLICE OFFICER JON GLADSTONE,

          Defendants.
------------------------------------------------------------------------ x

**STIPULATION AND ORDER OF DISMISSAL**

1:15-cv-03009-RRM-VMS

   **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

   **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
~~~~~~~~~~~~~, 2017
November 14

ROSS & HILL
*Attorneys for Plaintiffs*
16 Court Street, 35th Floor
Brooklyn, New York 11241

By: _____/s/_____
James Ross

ZACHARY W. CARTER
Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York and Jon Gladstone*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____/s/_____
Kavin Thadani

KARASYK & MOSCHELLA, LLP
*Attorneys for Defendant Sekou Bourne*
233 Broadway, Suite 2340
New York, New York 10279

By: _____/s/_____
James Moschella

SO ORDERED:

s/ Roslynn Mauskopf
_____
HON. ROSLYNN R. MAUSKOPF
UNITED STATES DISTRICT JUDGE

Dated: Dec. 4th, 2017